# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

MONICA WATSON,

    Plaintiff,

V.                            Case No. 4:17-00192-CV-RK

ROBERT WILKIE, SECRETARY,
DEPARTMENT OF VETERAN
AFFAIRS,

    Defendant(s).

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___X___ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

(1) Plaintiff's race discrimination claim (Count I) fails because Defendant has shown there is no genuine dispute of material fact that Plaintiff experienced an adverse employment action;
(2) Plaintiff's hostile work environment claim (Count II) fails because Plaintiff did not exhaust her administrative remedies and Plaintiff did not establish a prima facie case of a racially hostile work environment claim;
(3) Plaintiff's retaliation claim (Count III) fails because Plaintiff did not exhaust her administrative remedies and Defendant has shown there is no genuine dispute of material fact that Plaintiff experienced an adverse employment action; and
(4) Plaintiff's constructive discharge claim (Count IV) fails because Plaintiff did not establish a prima facie case that her working conditions were intolerable.

    Therefore, after careful consideration and for the reasons above, the Motion for Summary Judgment is **GRANTED.**

    **IT IS SO ORDERED.**

Dated: July 24, 2019                         /s/ Paige Wymore-Wynn
                                                   Clerk of the Court

Entered: July 25, 2019                 /s/ LaTandra Wheeler
                                                   Deputy Clerk